**Order entered January 3, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01326-CV

### EX PARTE FIDEL ARCOS VELAZQUEZ, JR.

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01557-2016**

## ORDER

Before the Court is appellant's December 30, 2016 motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief to be filed on or before Monday, January 30, 2017.

/s/    ELIZABETH LANG-MIERS
       JUSTICE